# United States District Court

Eastern District of California



FILED
AUG 24 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **FIRST AMENDED CRIMINAL COMPLAINT** |
| V. | |
| **EDWARD D. RETHERFORD** | **DOCKET NUMBER: 6:17-mj-0064-MJS** |

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Edward RETHERFORD, did violate:

**Count 1:** Driving without a valid license, in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §12500(a).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Following too closely, in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §21703
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Possession of a controlled substance, in violation of Title 36 Code of Federal Regulations §2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Failure to provide proof of registration, in violation of Title 36 Code of Federal Regulations §4.2(b), California Vehicle Code §4000(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Failure to provide proof of financial responsibility, in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §16028(a).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 6:** Display of false registration. In violation of Title 36 Code of Federal regulations §4.2(b); California Vehicle Code §4462.5
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: No

U.S. v. Edward Retherford
First Amended Criminal Complaint

I further state I am the legal officer and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August 17, 2017, Park Ranger Julian DuPont was on vehicle patrol in the Tuolumne District of Yosemite National Park when he observed a black Honda Accord driving approximately 10 feet behind the car in front of it at approximately 45 miles per hour. The vehicle in front of black Honda slowed to make a turn, and because of the close distance between the two vehicles, the driver of the black Honda was forced to make a sudden jerking movement into the westbound coming lane to avoid a Collison. Ranger DuPont conducted a vehicle stop on the Honda and identified the driver as Edward RETHERFORD.

Yosemite dispatch advised Ranger DuPont that the Honda registration came back associated to a different vehicle, an Acura TL. Ranger DuPont was also advised by Yosemite Dispatch that the driver, RETHERFORD had a suspended license. Ranger DuPont placed RETHERFORD in handcuffs and advised him of his Miranda rights. Ranger DuPont asked RETHERFORD if he could search the vehicle and REHTERFORD consented. During the search Ranger DuPont recovered 33 pills identified as Oxycodone which were not prescribed to RETHERFORD. Ranger DuPont asked RETHERFORD about the license plate, and RETHERFORD stated his Acura TL had been hit the week prior and he bought the Honda Accord and put his Florida plate on it to 'just get home'. RETHERFORD could not produce any evidence of registration or insurance for the vehicle.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_8/24/17_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

_8/24/17_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California