| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
EDWARD D. RETHERFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00064-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE HEARING;** |
| | ) **ORDER** |
| vs. | ) |
| EDWARD D. RETHERFORD, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Edward D. Retherford, that the Court continue the October 18, 2017 hearing in the above matter to December 20, 2017.

Mr. Retherford currently resides in Florida, and the parties have not yet reached a resolution regarding this case. Accordingly, the parties request that the Court continue Mr. Retherford's status conference to December 20, 2017 at 10 a.m.

//

//

//

//

//

|   |   |   |
|---|---|---|
|   | | Respectfully submitted, |
|   | | PHILLIP A. TALBERT<br>United States Attorney |
| Date: October 11, 2017 | | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 11, 2017 | | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>EDWARD D. RETHERFORD |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 18, 2017 hearing for Edward D. Retherford, Case No. 6:17-mj-00064-MJS, is continued to December 20, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 11, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Retherford: Stipulation to Continue

2