HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
EDWARD RETHERFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:17-mj-00064-MJS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE** |
| vs. ) | |
| ) | |
| EDWARD RETHERFORD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Edward Retherford, that the Court continue the February 6, 2018 hearing to April 3, 2018.

Mr. Retherford resides in Florida and it is a hardship for him to get to court in Yosemite National Park. Moreover, the parties are in the process of plea negotiations but have not yet reached a resolution. The parties thus request that the Court continue Mr. Retherford's February 6, 2018 hearing to April 3, 2018.

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 1, 2018                 /s/ Susan St. Vincent
                                        Susan St. Vincent
                                        Yosemite Legal Officer
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: February 1, 2018                 /s/ Hope Alley
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        EDWARD RETHERFORD




**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the February 6, 2018 hearing for Edward Retherford, Case No. 6:17-mj-00064-MJS, is continued to April 3, 2018, at 10:00 a.m.


IT IS SO ORDERED.


Dated:   February 1, 2018          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE