1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   EDWARD RETHERFORD

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         Case No. 6:17-mj-00064-MJS

12              Plaintiff,            **STIPULATION TO CONTINUE; ORDER**

13  vs.

14  EDWARD RETHERFORD,

15              Defendant.

16

17      IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Hope Alley, counsel for Edward Retherford, that the Court continue the April

20  3, 2018 hearing to June 5, 2018.

21      Mr. Retherford resides in Florida and it is a hardship for him to get to court in Yosemite

22  National Park. Moreover, the parties are in the process of plea negotiations but have not yet

23  reached a resolution. The parties thus request that the Court continue Mr. Retherford's April 3,

24  2018 hearing to June 5, 2018.

25  //

26  //

27  //

28  //

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Date: March 27, 2018 | /s/ Susan St. Vincent<br>Susan St. Vincent |
| 5 | | Yosemite Legal Officer<br>Attorney for Plaintiff |
| 6 | | |
| 7 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 | | |
| 9 | Date: March 27, 2018 | /s/ Hope Alley<br>HOPE ALLEY |
| 10 | | Assistant Federal Defender<br>Attorney for Defendant |
| 11 | | EDWARD RETHERFORD |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 3, 2018 hearing for Edward Retherford, Case No. 6:17-mj-00064-MJS, is continued to June 5, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 27, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE